SEDGWICK LLP
MARK J. HANCOCK  SBN 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  SBN 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  SBN 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>         v.<br><br>TESSA DAWSON; BRIAN GONSALVES; JAMIE GONSALVES; and BRONWYN DAWSON,<br><br>                    Defendants. | Case No. 3:15-cv-00225 MEJ<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Metropolitan Life Insurance Company ("MetLife") hereby respectfully requests as follows:

This matter involves a Complaint in Interpleader, filed by MetLife on March 15, 2015. (ECF No. 1.)  On April 20, 2015, MetLife and defendants Tessa Dawson ("Tessa"), Brian Gonsalves ("Brian"), Jamie Gonsalves ("Jamie") and Bronwyn Dawson ("Bronwyn") (collectively "defendants") filed a Stipulation and [Proposed] Order Regarding Distribution of Funds, Discharge of Stakeholder and Dismissal of Action With Prejudice, wherein the parties agreed that Tessa

1  would deposit the Plan Benefits at issue in the trust account of her attorney, Fredric L. Webster.

2  (ECF No. 12.)  On April 21, 2015, the Court signed the Order.  (ECF No. 13.)

3        Due to miscommunications, the Plan Benefits have not yet been deposited into Mr.

4  Webster's client trust account.  MetLife understands, however, that the Plan Benefits will be

5  deposited within the next few weeks.  Therefore, MetLife respectfully requests that the case

6  management conference currently set for June 18, 2015, be continued to July 30, 2015 at 10 a.m.,

7  so that the parties may finalize the implementation of the order regarding the Plan Benefits and file

8  a dismissal of the action with prejudice.

9  DATED:  June 9, 2015          SEDGWICK LLP

11        By:  /s/ *Erin A. Cornell*
          Mark J. Hancock
12           Erin A. Cornell
          Attorneys for Plaintiff
13           METROPOLITAN LIFE INSURANCE COMPANY

## **ORDER**

17        Pursuant to plaintiff Metropolitan Life Insurance Company's request, the Court hereby

18  continues the case management conference, presently set for June 18, 2015, to July 30, 2015 at

19  10:00 a.m. in Courtroom B, 15th Floor, of the Courthouse located at 450 Golden Gate Avenue, San

20  Francisco.

21        IT IS SO ORDERED.

22  DATED:  JUNE 9, 2015

          Honorable Maria Elena James
          United States Magistrate Judge