| | |
|---|---|
| SEDGWICK LLP<br>MARK J. HANCOCK  SBN 160662<br>mark.hancock@sedgwicklaw.com<br>REBECCA A. HULL  SBN 99802<br>rebecca.hull@sedgwicklaw.com<br>ERIN A. CORNELL  SBN 227135<br>erin.cornell@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Telephone:     415.781.7900<br>Facsimile:      415.781.2635<br><br>Attorneys for Plaintiff<br>METROPOLITAN LIFE INSURANCE COMPANY | BARR & YOUNG ATTORNEYS<br>GORDON YOUNG  SBN 158100<br>Gordon@BarrYoungLaw.com<br>HEIDI IMSAND  SBN 294096<br>Heidi@BarrYoungLaw.com<br>318-C Diablo Road<br>Danville, CA 94526<br>Telephone:     925.314.9999<br>Facsimile:      925.314.9960<br><br>Attorneys for Defendants<br>JAMIE GONSALVES and BRIAN GONSALVES |
| LAW OFFICES OF WEBSTER & WEBSTER<br>FREDRIC L. WEBSTER  SBN 43165<br>3743 Railroad Avenue<br>Pittsburg, CA 94565<br>Telephone:     925.439.9181<br>Facsimile:      925.439.1875<br><br>Attorneys for Defendant<br>TESSA DAWSON | BRONWYN DAWSON<br>3782 Briarcliff Drive<br>Pittsburg, CA 94565<br>Telephone:     925.813.4444<br>DEFENDANT IN *PRO SE* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TESSA DAWSON; BRIAN GONSALVES; JAMIE GONSALVES; and BRONWYN DAWSON<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-00225 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

20385601v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to Fed.R.Civ.P. 41(a)(1). Each party to bear their or its own attorneys' fees and costs.

4   **IT IS SO STIPULATED.**

5   DATED: July 6, 2015                 SEDGWICK LLP

7   By: _____
        Mark J. Hancock
8       Erin A. Cornell
        Attorneys for Plaintiff
9       METROPOLITAN LIFE INSURANCE COMPANY

10  DATED: June 24, 2015                BARR & YOUNG ATTORNEYS

12  By: _____
        Gordon Young
13      Heidi Imsand
        Attorneys for Defendants
14      JAMIE GONSALVES and BRIAN GONSALVES

15  DATED: June __, 2015                LAW OFFICES OF WEBSTER & WEBSTER

17  By: _____
        Fredric L. Webster
18      Attorneys for Defendant
        TESSA DAWSON

20  DATED: June __, 2015

22  By: _____
        Bronwyn Dawson
23      Defendant in *Pro Se*

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Each party to bear their or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: June __, 2015        SEDGWICK LLP

By: _____
Mark J. Hancock
Erin A. Cornell
Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

DATED: June __, 2015        BARR & YOUNG ATTORNEYS

By: _____
Gordon Young
Heidi Imsand
Attorneys for Defendants
JAMIE GONSALVES and BRIAN GONSALVES

DATED: June __, 2015        LAW OFFICES OF WEBSTER & WEBSTER

By: _____
Fredric L. Webster
Attorneys for Defendant
TESSA DAWSON

DATED: June __, 2015

By: _____
Bronwyn Dawson
Defendant in *Pro Se*

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Fed.R.Civ.P. 41(a)(1). Each party to bear their or its own attorneys' fees and costs.
4  **IT IS SO STIPULATED.**

5  DATED: June __, 2015        SEDGWICK LLP

7  By: _____
8  Mark J. Hancock
   Erin A. Cornell
   Attorneys for Plaintiff
9  METROPOLITAN LIFE INSURANCE COMPANY

10 DATED: June __, 2015        BARR & YOUNG ATTORNEYS

12 By: _____
   Gordon Young
13 Heidi Imsand
   Attorneys for Defendants
14 JAMIE GONSALVES and BRIAN GONSALVES

15 DATED: June __, 2015        LAW OFFICES OF WEBSTER & WEBSTER

17 By: _____
   Fredric L. Webster
18 Attorneys for Defendant
   TESSA DAWSON

20 DATED: June 30 2015

22 By: *[signature: Bronwyn Dawson]*
   Bronwyn Dawson
   Defendant in *Pro Se*

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: July 7, 2015

_____
Honorable Maria Elena James
United States Magistrate Judge